1  Ahren A. Tiller, Esq. [SBN: 250608]
   BLC Law Center, APC
2  1230 Columbia St., Ste 1100
   San Diego, CA 92101
3  Phone (619) 894-8831
   Facsimile: (866) 444-7026
4
   Attorneys for Plaintiff
5  LINDA SMITH

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12                                          Case No.: 3:22-CV-00143-LL-NLS

13

14  LINDA SMITH (aka: Linda Chavers-
    Smith and/or Linda Chavers),         **NOTICE OF VOLUNTARY
15                                        DISMISSAL AS ENTIRE ACTION
                                          WITHOUT PREJUDICE,
16              Plaintiff,                PURSUANT TO FED. R. CIV. P.
                                          41(a)(1)(A)(i)**
17       vs.

18  TRUEACCORD CORP.; and
    SYNCHRONY BANK
19

20                                        Judge: Hon. Linda Lopez
              Defendant(s),               Magistrate: Hon. Nita L. Stormes
21

22

23

24       **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

25  TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR

26  RESPECIVE COUNSELF OF RECORD:

27       PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

28  Plaintiff LINDA SMITH (AKA: LINDA CHAVERS-SMITH AND/OR LINDA

- 1 -

*Request for Dismissal*

1  CHAVERS) ("Plaintiff") hereby voluntarily dismisses this entire action and all

2  claims against Defendants TRUEACCORD CORP. and SYNCHRONY BANK,

3  without prejudice.

4        In support of said dismissal, Plaintiff avers as follows:

5        On February 2, 2022, Plaintiff filed this case, with Case No.: 3:22-cv-00143-

6  LL-NLS.

7        Also on February 2, 2022, Counsel for Plaintiff filed the same complaint, with

8  the same parties, bearing case no. 3:22-cv-00145-W-WVG.

9        The duplicate filings of the same Complaint and case was an error. Plaintiff's

10 Counsel had intended to file a different complaint in this matter and did not intend for

11 the same Complaint to be filed twice, thus creating two identical pending cases.

12       On February 2, 2022, Counsel for Plaintiff spoke to the Court clerk who

13 confirmed that the only means to rectify the error was to seek dismissal without

14 prejudice of one of the two pending cases.

15       Nothing herein is intended to affect the duplicate case, bearing Case No. 3:22-

16 cv-00145-W-WVG.

17       WHEREAS, for the reasons stated herein Plaintiff now seeks to have this case

18 dismissed without prejudice as it is an inadvertent duplicate of *Smith v. TrueAccord*

19 *Corp. et. al.*, No. 3:22-cv-00145-W-WVG.

20

21 Dated: February 2, 2022,                    By:    */s/ Ahren A. Tiller, Esq.*
                                                      Ahren A. Tiller, Esq.
22                                                    BLC Law Center, APC
                                                      Attorneys for Plaintiff
23

24

25

26

27

28

*Request for Dismissal*